# UNITED STATES DISTRICT COURT
for the

District of __New Jersey__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: __04-547__ |
| ) | USM No: __26108-050__ |
| __TAREE MAY__ ) | __Chester M. Keller__ |
| Date of Previous Judgment: __4/15/05__ ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __66__ months is reduced to ~~time served~~ __56__

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __25__         Amended Offense Level: __23__
Criminal History Category: __V__        Criminal History Category: __V__
Previous Guideline Range: __100__ to __125__ months   Amended Guideline Range: __84__ to __105__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __4/15/05__ shall remain in effect.
IT IS SO ORDERED.

Order Date: __9/14/m8__

Effective Date: _____
(if different from order date)

Judge's signature

__William H. Walls, U.S.S.D.J.__
Printed name and title